# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIEANN COLON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCHETTA, INC. d/b/a CLUB RISQUE; RT, 413, INC. d/b/a CLUB RISQUE; TACONY 2008 INC. d/b/a CLUB RISQUE; CONNIE INNEZZELLI; DEAN M. PAGANO; RONALD CRUDELE; THEODORE PAGANO JR; and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL ACTION<br><br>No. 17-0959 |

## ORDER

**AND NOW**, this 14th day of June, 2017, upon consideration of the Motion to Compel Arbitration and Dismiss the Proceedings, and to Stay Discovery Pending Determination of the Motion filed by Defendants Conchetta, Inc. d/b/a Club Risque, RT 413, Inc. d/b/a Club Risque, Tacony 2008 Inc. d/b/a Club Risque, Connie Innezzelli, Dean M. Pagano, Ronald Crudele, Theodore Pagano Jr., and Doe Defendants 1-10 ("Defendants") (Doc. No. 7), the Response in Opposition filed by Plaintiff Julieann Colon, Defendants' Reply Brief, and Plaintiff's Notice of Supplemental Authority, it is hereby **ORDERED** that:

1. the Motion is **GRANTED**. An arbitration is compelled pursuant to the terms of the Performer License and Temporary Space Lease Agreement; and

2. we grant Defendants' request for a stay. Therefore, the case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of arbitration.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE